UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


**ELAINE MANGANO**                                                    **PLAINTIFF**

**V.**                                 **CIVIL ACTION NO.1:06CV724 LTS-RHW**

**STATE FARM FIRE & CASUALTY COMPANY**
**and STEPHEN RICHARD SAUCIER**                          **DEFENDANTS**


## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the motion [6] of the plaintiff to remand this action is **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi; and

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed; and

That all other pending motions for extensions of time [3] [9] [10] [12] are **GRANTED**; and

That the motion [5] of the plaintiff for leave to file her First Amended Complaint is hereby **DENIED** without prejudice to the right of the plaintiff to file this motion in the state court following remand.

**SO ORDERED** this 29th day of November, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge